IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

KWASHAAD COOK,                        )
                                      )
              Plaintiff,              )
                                      )
      v.                              )            CV 625-006
                                      )
BRIAN SEARLES,                        )
                                      )
              Defendant.              )
                          _____

**O R D E R**
                          _____

On February 12, 2025, the Court ordered Plaintiff to provide sufficient evidence that the jurisdictional amount is in controversy.  (See doc. no. 4.)  On February 14, 2025, Plaintiff responded by filing an amended complaint with an itemized list of Plaintiff's medical bills to date, which total $65,979.05.  (See doc. no. 6.)  The "evidence combined with reasonable deductions, reasonable inferences, [and] other reasonable extrapolations" demonstrates that the jurisdictional amount is in controversy.  Pretka v. Kolter City Plaza II, Inc., 608 F.3d 744, 754 (11th Cir. 2010).  Thus, the Court finds that it has subject matter jurisdiction over the case at this time, and the case shall proceed.

SO ORDERED this 18th day of February, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA